IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| Ben Clark, Jr. | § | Case no. 16-40202 |
| 4808 Troon Circle | § | |
| Dallas, TX 75287 | § | |
| SSN / ITIN: xxx-xx-8458 | § | |
| dba Dr. Ben Clark & Associates | § | |
| | § | |
| Debtor | § | Chapter 11 |

**ORDER GRANTING IN PART UNITED STATES TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE WHY DEBTOR SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR FAILING TO COMPLY WITH THE COURT'S ORDER DISMISSING CASE WITH PREJUDICE**

On March 14, 2017 the court conducted a hearing on the United States Trustee's Motion for Order to Show Cause Why the Debtor Should Not Be Held in Civil Contempt for Failing to Comply with the Court's Order Granting Motion to Dismiss case With Prejudice ("the Show Cause Motion"). Timothy W. O'Neal appeared on behalf of the United States Trustee, Kevin S. Wiley, Jr. appeared on behalf of the Debtor, and Richard G. Grant appeared on behalf of Collin Country Construction, LLC. Upon consideration, the court has concluded that the Show Cause Motion should be granted in part, and that other relief should issue. Accordingly, it is hereby:

ORDERED that Debtor shall, on or before **April 1, 2017**, comply with the term of this court's Order Granting Motion to Dismiss Case With Prejudice (docket item #84)("the Dismissal Order") that required the Debtor to cause the deposit of the sum of $21,900.28 into the IOLTA trust account for the Wiley Law Group to be held in trust pending further orders of the court. It is further

ORDERED that the court will conduct a hearing on the issuance of civil contempt sanctions to enforce the terms of this order, and of the Dismissal Order, as necessary, on **April 11, 2017 at 1:30 p.m.**

SO ORDERED AN ADJUDGED.

Signed on 3/20/2017

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

*Form of order circulated and submitted by:*
*Timothy W. O'Neal*
*Assistant U.S. Trustee*
*Texas Bar 15283350*
*300 Plaza Tower*
*110 North College*
*Tyler, Texas   75702*
*(903) 590-1450*
*(903) 590-1461 (Fax)*